ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Absher Construction Company | ) ASBCA No. 62533 |
| | ) |
| Under Contract No. N62742-16-C-1322 | ) |

APPEARANCES FOR THE APPELLANT:     John P. Ahlers, Esq.
                                   Lindsay Watkins, Esq.
                                     Ahlers Cressman & Sleight PLLC
                                     Seattle, WA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                     Navy Chief Trial Attorney
                                   Sean P. Morgan, Esq.
                                   Brian S. Smith, Esq.
                                     Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 6, 2021

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62533, Appeal of Absher Construction Company, rendered in conformance with the Board's Charter.

Dated:  April 7, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals